**Electronically Filed
Supreme Court
SCAD-22-0000301
02-MAY-2022
10:53 AM
Dkt. 3 ORD**

SCAD-22-0000301

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DISCIPLINARY BOARD OF THE HAWAI'I SUPREME COURT,
Petitioner,

vs.

JOEL IRA EDELMAN, (Bar No. 6582),
Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 19-0456)

ORDER OF TRANSFER TO INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the April 28, 2022 petition filed by the Office of Disciplinary Counsel on behalf of, and with the approval of, the Disciplinary Board of the Hawai'i Supreme Court, requesting this court to transfer Respondent Joel Ira Edelman to inactive status, pursuant to Rules 2.19 (b) and 2.19(c) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), we conclude transfer to inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Edelman is transferred to inactive status in this jurisdiction, pursuant to RSCH Rules 2.19(b) and 2.19(c), effective with the filing of this

order. Respondent Edelman shall remain on inactive status until further order of this court.

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Edelman to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d), cause a notice of this transfer to inactive status to be published.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawaiʻi and shall request their assistance and such action as may be indicated to protect the interests of both Respondent Edelman and his clients, if any.

DATED: Honolulu, Hawaiʻi, May 2, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins